# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mack Eugene Polk ,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                      3:10cv598

State of NC,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2012 Order.

                                             Signed: March 27, 2012

                                             Frank G. Johns, Clerk
                                             United States District Court